*E-FILED - 2/12/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID TEVES, et al.,<br><br>　　　　　Defendants. | Case No.  C-06-00429-RMW<br><br>ORDER TO SHOW CAUSE<br><br>**[FILED UNDER SEAL]** |

　　　This case was initiated by a sealed indictment and has apparently remained under seal.  The reason for the sealing does not appear to still exist.  Therefore, the parties are hereby ordered to show cause why the matter should remain sealed.  The parties are to make this showing by written submission on or before February 27, 2009.  Absent a showing of good cause, the court will lift the sealing order.

　　　DATED:  February 12, 2009

　　　　　　　　　　　　　　　　　　　　　　　_Ronald M. Whyte_
　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge